# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Renee Barnauskas, | Docket 3:17-cv-01121-RDM |
| Plaintiff, | (JUDGE ROBERT D. MARIANI) |
| v. | |
| Comenity Bank, | FILED ELECTRONICALLY |
| Defendant. | |

## CERTIFICATE OF NO OPPOSITION

Plaintiff does not oppose Defendant's Motion to Compel Arbitration (Doc. 12).

    *s/ Brett Freeman*
    Brett Freeman
    Bar Number PA308834
    Attorney for Plaintiff
    SABATINI LAW FIRM, LLC
    216 N. Blakely St.
    Dunmore, PA 18512
    Phone (570) 341-9000
    Facsimile (570) 504-2769
    Email bfecf@sabatinilawfirm.com

## CERTIFICATE OF SERVICE

Service is being effectuated via the CM/ECF system.

    *s/ Brett Freeman*
    Brett Freeman