IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RENEE BARNAUSKAS,** | : |
| **Plaintiff,** | : |
| v. | :    3:17-CV-1121 |
| | :    (JUDGE MARIANI) |
| **COMENITY BANK,** | : |
| **Defendant.** | : |

### ORDER

AND NOW, THIS 16th DAY OF OCTOBER, 2017, upon consideration of Defendant's Motion to Compel Arbitration, (Doc. 12), and in light of the fact that Plaintiff does not oppose Defendant's Motion, (Doc. 21), **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion, (Doc. 12), is **GRANTED**;

2. The parties shall proceed to arbitration in accordance with the terms of the written Arbitration Agreement;

3. The above captioned matter is **STAYED** pending the completion of arbitration; and

4. Upon completion of arbitration, the parties shall submit a joint report apprising the Court of the status of the case.

_/s/ Robert D. Mariani_
Robert D. Mariani
United States District Judge