## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Renee Barnauskas,<br>    Plaintiff<br><br>v.<br><br>Comenity Bank,<br>    Defendant | Docket 3:17-cv-01121-RDM<br><br>(JUDGE ROBERT D. MARIANI)<br><br><br>FILED ELECTRONICALLY |

## STIPULATION OF DISMISSAL

Please dismiss this action without costs and with prejudice.

| | |
|---|---|
| s/ Brett Freeman | s/ Martin C. Bryce, Jr. (with consent) |
| Brett Freeman | Martin C. Bryce, Jr. |
| Bar Number PA308834 | Bar Number PA59409 |
| Attorney for Plaintiff | Attorney for Defendant |
| Sabatini Freeman, LLC | Ballard Spahr, LLP |
| 216 N. Blakely St. | 1735 Market St., 51st Fl. |
| Dunmore, PA 18512 | Philadelphia, PA 19103-7599 |
| Phone (570) 341-9000 | Phone (215) 665-8500 |
| Facsimile (570) 504-2769 | Facsimile (215) 864-9268 |
| Email: bfecf@bankruptcypa.com | Email bryce@ballardspahr.com |