IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Renee Barnauskas,<br>    Plaintiff<br><br>v.<br><br>Comenity Bank,<br>    Defendant | Docket 3:17-cv-01121-RDM<br><br>(JUDGE ROBERT D. MARIANI)<br><br><br>FILED ELECTRONICALLY |

## ORDER

The parties having filed a Stipulation of Dismissal, IT IS ORDERED that this action is hereby dismissed without costs and with prejudice.

The Clerk of Court is directed to close the case.

Date: 6/26/18

Robert D. Mariani
United States District Judge